UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80246

DAVID GORDON OPPENHEIMER,

      Plaintiff,

v.

DRIFTWOOD HOSPITALITY
MANAGEMENT, LLC,

      Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff DAVID GORDON OPPENHEIMER by and through his undersigned counsel, brings this Complaint against Defendant DRIFTWOOD HOSPITALITY MANAGEMENT, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff DAVID GORDON OPPENHEIMER ("Oppenheimer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Oppenheimer's original copyrighted Work of authorship.

2. Oppenheimer is an independent travel, aerial, and concert photographer, who operates Performance Impressions LLC as the primary outlet to sell prints of his work in addition to commercial licensing. Oppenheimer has a large archive of aerial and concert photography with over 500 galleries of photos from concerts, music festivals, travel, landmarks, and aerial photographs of major cities, rural, and mountain landscapes across the United States. His works have been featured on National Geographic, Rolling Stone, NBC, Goldman Sachs, HBO Sports and on display at the Museum of the City of New York.

3. Defendant DRIFTWOOD HOSPITALITY MANAGEMENT, LLC ("DHM") is a hospitality management company in Florida. It was founded by David Buddemeyer, the Chairman/CEO of Servico, one of the US's largest publicly traded hospitality management companies.

4. Oppenheimer alleges that DHM copied his copyrighted Work from the internet in order to advertise, market and promote DHM's business activities.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Defendant Driftwood Hospitality Management, LLC is registered as a Florida Limited Liability Company, with its Principal Address at 11770 U.S. Hwy 1 N Ste. 202, North Palm Beach, Florida 33408. DHM can be served through its Registered Agent, Corporation Service Company, at 1201 Hays Street, Tallahassee, FL 32301.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Oppenheimer created the photograph entitled "*M4a_DSC9167*," which is shown below and referred to herein as the "Work":



11. Oppenheimer registered the Work with the Register of Copyrights on April 15, 2019, and was assigned the registration number VAu 1-350-595. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Oppenheimer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Oppenheimer was the owner of the copyrighted Work.

## INFRINGEMENT BY DEFENDANT

14. DHM has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after Oppenheimer registered the copyright of the Work with the United States Copyright Office, DHM accessed the Work, and reproduced a copy of the Work on its own website as part of a marketing effort for one of its properties.

16. Upon information and belief, DHM further distributed the work or instructed the Work to be distributed to multiple third-party websites for hotel listings at the Holiday Inn Miami North – I-95, including but not limited to the following:

- https://www.hotels.com/ho489344768/holiday-inn-miami-north-i-95-miami-united-states-of-america/
- https://us.hurb.com/hotels/west-little-river/holiday-inn-miami-79th-street-HT-WP68?checkin=2022-12-16&checkout=2022-12-18&rooms=1&adults=2&children=0
- https://www.roomsxxl.com/hotel/460722?sqh=e94e06d6424f1e94264e35f3317b73fe
- https://www.guestreservations.com/holiday-inn-miami-79th-street-miami/booking
- https://www.expedia-aarp.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information
- https://www.hotelplanner.com/Hotels/296309/Reservations-Holiday-Inn-Miami-North-I-95-Miami-7927-NW-7th-Ave-33150#HotelName
- https://www.ebookers.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information
- https://www.wotif.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information
- https://www.travelocity.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information

- https://www.orbitz.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information

- https://www.expedia.com/Miami-Hotels-Holiday-Inn-Miami-North-I-95.h15260774.Hotel-Information

17. The Work was used on hotel booking websites for marketing hotel reservations, an example of which is shown in part here:



18. On March 3, 2021, Oppenheimer first discovered the unauthorized use of his Work on some of the third-party websites.

19. DHM copied, reproduced, and displayed Oppenheimer's Work without Oppenheimer's permission.

20. After DHM copied the Work, it made further copies and distributed the Work on the internet.

5
SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

21. DHM committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Oppenheimer notified DHM of the allegations set forth herein on January 6, 2023, and demanded DHM cease and desist using the Work. As recent as January 25, 2024, Plaintiff continued to advertise bookings using the Work.

23. To date, Oppenheimer and DHM have failed to resolve the case.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Oppenheimer incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Oppenheimer owns a valid copyright in the Work.

26. Oppenheimer registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. DHM copied, displayed, and distributed the Work without Oppenheimer's authorization in violation of 17 U.S.C. § 501.

28. DHM performed the acts alleged in the course and scope of its business activities.

29. DHM's acts were willful.

30. Oppenheimer has been damaged.

31. The harm caused to Oppenheimer has been irreparable.

WHEREFORE, Plaintiff David Gordon Oppenheimer prays for judgment against Defendant Driftwood Hospitality Management, LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

  b.  Defendant be required to pay Plaintiff his actual damages and DHM's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

  c.  Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d.  Plaintiff be awarded pre- and post-judgment interest; and

  e.  Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 3, 2024    Respectfully submitted,

  */s/ Joel B. Rothman*
  JOEL B. ROTHMAN
  Florida Bar Number: 98220
  joel.rothman@sriplaw.com
  MARIAN V. QUINTERO
  Florida Bar Number: 1040194
  marian.quintero@sriplaw.com

  **SRIPLAW, P.A.**
  21301 Powerline Road
  Suite 100
  Boca Raton, FL 33433
  561.404.4350 - Telephone
  561.404.4353 – Facsimile

  *Counsel for Plaintiff David Gordon Oppenheimer*