## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### (West Palm Beach)

### CASE NO.: 9:24-cv-80246-RLR

DAVID GORDON OPPENHEIMER,

      Plaintiff,

v.

DRIFTWOOD HOSPITALITY
MANAGEMENT, LLC,

      Defendant.

_____

### DEFENDANT'S ANSWER  AND AFFIRMATIVE DEFENSES
### TO PLAINTIFF'S COMPLAINT

Defendant, DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, for itself and for no other defendant, answers Plaintiff, DAVID GORDON OPPENHEIMER, as follows:

1.    Answering Paragraph 1 of the Complaint, Defendant admits that Plaintiff has brought an action against Defendant.  Defendant denies the remaining allegations in this paragraph.

2.    Answering Paragraph 2 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

3.    Answering Paragraph 3 of the Complaint, Defendant denies that it is a publicly traded company, but admits as to the remainder.

4.    Answering Paragraph 4 of the Complaint, Defendant admits that it used an image that Plaintiff contends is his work, but denies the remainder of the allegations.

### JURISDICTION AND VENUE

5.      Answering Paragraph 5 of the Complaint, Paragraph 5 of the Complaint, Defendant admits.

6.      Answering Paragraph 6 of the Complaint, Defendant admits.

7.      Answering Paragraph 7 of the Complaint, Defendant admits the allegations.

8.      Answering Paragraph 8 of the Complaint, Defendant admits that Venue is proper in this jurisdiction, that it resides in this district and that it is subject to personal jurisdiction in this district, but denies the remaining allegations.

9.      Answering Paragraph 9 of the Complaint, Defendant denies that it is registered as a Florida Limited Liability Company, but admits the remaining allegations.

## THE ALLEGED WORK AT ISSUE

10.      Answering Paragraph 10 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

11.      Answering Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

12.      Answering Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

13.      Answering Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

## THE ALLEGED INFRINGEMENT BY DEFENDANT

14.     Answering Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

15.     Answering Paragraph 15 of the Complaint, Defendant admits it made use of an image which Plaintiff purports to own on its website. Defendant denies the remaining allegations in this paragraph.

16.     Answering Paragraph 16 of the Complaint, Defendant denies each and every allegation contained therein.

17.     Answering Paragraph 17 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

18.     Answering Paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

19.     Answering Paragraph 19 of the Complaint, Defendant admits that it made use of an image that Plaintiff purports to own. Defendant is without  knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies same.

20.     Answering Paragraph 20 of the Complaint, admits that it made use of an image that Plaintiff purports to own. , but denies the remainder of the allegations in this paragraph.

21.     Answering Paragraph 21 of the Complaint, Defendant admits that it used an image on its website that Plaintiff purports to own. Defendant denies the remaining allegations contained in this paragraph.

22.     Answering Paragraph 22 of the Complaint, Defendant admits that it received a cease and desist letter on January 6, 2023 from Plaintiff. Defendant denies the remaining allegations in this paragraph.

23.     Answering Paragraph 23 of the Complaint, Defendant admits that a resolution has not been reached between the parties.

## COUNT I

## COPYRIGHT INFRINGEMENT

24.     Answering Paragraph 24 of the Complaint, Defendant incorporates its previous statements in response to the allegations of paragraph 1 through 23.

25.     Answering Paragraph 25 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

26.     Answering Paragraph 26 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.  Therefore, Defendant denies same.

27.     Answering Paragraph 27 of the Complaint, admits that it made use of an image that Plaintiff's purports to own, but denies the remainder of the allegations.

28.     Answering Paragraph 28 of the Complaint, Defendant denies each and every allegation contained therein.

29.     Answering Paragraph 29 of the Complaint, Defendant denies each and every allegation contained therein.

30.     Answering Paragraph 30 of the Complaint, Defendant denies each and every allegation contained therein.

31.     Answering Paragraph 30 of the Complaint, Defendant denies each and every allegation contained therein.

## PRAYER FOR RELIEF

Defendant denies that it has infringed on Plaintiff's rights to the Photograph in violation of 17 U.S.C. §501 *et seq.* Defendant further denies that Plaintiff is entitled to any judgment in its favor in this action or to any damages or monetary relief.

a.  Defendant denies that Plaintiff is entitled to any preliminary or permanent injunctive relief pursuant to 17 U.S.C. § 501 as set forth in section a. of Plaintiff's prayer for relief;

b.      Defendant denies that Plaintiff is entitled to an award of actual damages or the disgorgement of Defendant's profits attributable to the alleged infringement, or an award of statutory damages against Defendant pursuant to 17 U.S.C. §504, as set forth in section b of Plaintiff's prayer for relief.

c.      Defendant denies that Plaintiff is entitled to its costs or attorneys' fees as set forth in section c of Plaintiff's prayer for relief.

d.      Defendant denies that Plaintiff is entitled to pre- and post-judgment interest, as set forth in section d of Plaintiff's prayer for relief.

e.      Defendant denies that Plaintiff is entitled to any other relief from the Court as set forth in section e of Plaintiff's prayer for relief.

## AFFIRMATIVE DEFENSES

Defendant asserts the following Affirmative Defenses to the Complaint.

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

1.       Defendant is informed and believes, and upon such information and belief alleges, that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

2.       Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff is barred from any recovery against Defendant by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

3.       Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver

## FOURTH AFFIRMATIVE DEFENSE

### (Acquiescence)

4.       Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's claims are barred, in whole or in part, because it acquiesced to some or all of the behavior it alleges on the part of Defendant.

## FIFTH AFFIRMATIVE DEFENSE

### (License)

5.       Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's claims are barred as the use of Plaintiff's alleged copyrighted work was licensed by Plaintiff to its affiliates, licensees and/or their sublicensees, which third parties allegedly used the alleged copyrighted works as permitted.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

6.     Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff is barred from any recovery against Defendant by the applicable statutes of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

### (Consent)

7.     The Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff expressly or impliedly consented to Defendant's use of the alleged copyrighted work in question when it extended licenses or permission for use of the alleged copyrighted works to Plaintiff's affiliates, licensees, and/or their sublicensees, which third parties allegedly used the alleged copyrighted works as permitted.

## EIGHT AFFIRMATIVE DEFENSE

### (Reservation)

8.     In accordance with the provisions of Fed. R. Civ. P. 11, at the time of the filing of this Answer all possible affirmative defenses may not have been alleged by Defendant inasmuch as insufficient facts and relevant information may not have been available after reasonable inquiry under the circumstances, and therefore Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation so warrants.

## JURY DEMAND

Defendant hereby demands a trial by jury of all issues so triable.


DATED:  June 13, 2024                    Respectfully submitted,

                                         MANPREET UPPAL-GUPTA
                                         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                         *s/ Manpreet K. Uppal-Gupta*_____
                                         Florida Bar No.:  1019779
                                         110 SE 6th Street, Suite 2600
                                         Fort Lauderdale, FL 33301
                                         Telephone: 954.302.4156
                                         Email: Manpreet.Uppal-Gupta@lewisbrisbois.com
                                         *Attorneys for Defendant,*
                                         *Driftwood Hospitality Management, LLC*