# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO.: 9:24-cv-80246-RLR

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

DRIFTWOOD HOSPITALITY MANAGEMENT, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff DAVID GORDON OPPENHEIMER and Defendant DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  February 10, 2025                                         Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.Rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff David Gordon Oppenheimer*

*/s/Robert M. Collins (with permission)*
ROBERT M. COLLINS
*(Pro Hac Vice)*
Robert.Collins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street,
Suite 4000
Los Angeles, CA 90071
(213) 680-5167 – Telephone

and

MANPREET MONICA KAUR UPPAL
Manpreet.Uppal-Gupta@lewisbrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th Street
Suite 2600
Fort Lauderdale, FL 33301
954-302-4156 - Telephone

*Counsel for Defendant Driftwood Hospitality Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed this *JOINT STIPULATION OF DISMISSAL* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Manpreet Monica Kaur Uppal**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street
Suite 2600
33301
Fort Lauderdale, FL 33301
954-302-4156
Email: Manpreet.Uppal-Gupta@lewisbrisbois.com

**Robert M. Collins**
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 680-5167
Email: Robert.Collins@lewisbrisbois.com

*Counsel for Defendant Driftwood Hospitality Management, LLC*

This 10th day of February, 2025.

Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN